UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BIOPLUS SPECIALTY PHARMACY
SERVICES, INC.,

          Plaintiff,

          v.

B.O.P. PHARMACY, INC.,

          Defendant.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 29 2018 ★

BROOKLYN OFFICE

**ORDER**
18-CV-3370 (WFK) (ST)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On October 26, 2018, Plaintiff filed a letter requesting a pre-motion conference to address Plaintiff's proposed motion to amend the Complaint (ECF No. 30). Plaintiff represents that the proposed Amended Complaint identifies Defendant in its new formal corporate name. Having reviewed the proposed Amended Complaint attached as Exhibit B to Plaintiff's letter and the redline comparison of Plaintiff's Complaint and Plaintiff's proposed Amended Complaint attached as Exhibit C, this Court grants Plaintiff permission to file the proposed Amended Complaint.

Plaintiff is hereby directed to file the proposed Amended Complaint by Wednesday, October 31, 2018 at 5:00 P.M. Defendant may file any opposition to the filing of the Amended Complaint by Friday, November 2, 2018 at 5:00 P.M.

                                              **SO ORDERED.**

                                              s/WFK

                                            HON. WILLIAM F. KUNTZ, II
                                            United States District Judge

Dated: October 29, 2018
       Brooklyn, New York