UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
BIOPLUS SPECIALTY PHARMACY         :
SERVICES, INC.,
                                                              :

            Plaintiff,                               :
                                                              :     **ORDER**
      v.                                              :     18-CV-3370 (WFK)
                                                              :
B.O.P. PHARMACY, INC.,                      :
                                                              :
            Defendant.                           :
------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

IT IS HEREBY ORDERED that Defendant's motion to dismiss the Amended Complaint for failure to state a claim, ECF No. 36, is hereby DENIED. It is further ordered Plaintiff's motion for a preliminary injunction, ECF No. 41, is hereby DENIED. The Court has scheduled a five-day trial in the above-captioned action to begin on Monday, August 26, 2019 at 9:00 A.M. in Courtroom 6H North before the Honorable William F. Kuntz, II.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: February 19, 2019
       Brooklyn, New York